

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| WILLIAM D. ABRAHAM | § | No. 08-22-00079-CV |
| Appellant, | § | Appeal from the |
| v. | § | 243RD District Court |
| RON ACTON, DEBBIE ACTON, AARK INVESTMENTS LP, FEDERICO FERNANDEZ AND CAROL FERNANDEZ | § § § | of El Paso County, Texas (TC# 2016DCV2081) |
| Appellee. | § | |

# O R D E R

The Court GRANTS the Appellant's fifth motion for extension of time within which to file the brief until **December 22, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Stephen G. Peters, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before December 22, 2022.

IT IS SO ORDERED this 21st day of December, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.